1
2
Barrett Law Office, P.A.
3   404 Court Square North
Lexington, MS 39095
4   Telephone: (662) 834-2376
Facsimile: (662) 834-2628
5   *Attorneys for Plaintiffs*
6
7
UNITED STATES DISTRICT COURT
8
NORTHERN DISTRICT OF CALIFORNIA
9
10

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 06-0514 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| Adell Kabins, as Surviving Spouse and Next of Kin of Gary Kabins, Deceased,<br>　　　　　　　　　Plaintiff,<br>　　　vs.<br>Pfizer, Inc., et al.<br>　　　　　　　　　Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, **ADELL KABINS,** and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: Oct. 5, 2009    By: /s/ David Hill

BARRETT LAW OFFICE, P.A.
404 Court Square North
Lexington, MS 39095
Telephone: (662) 834-2376
Facsimile: (662) 834-2628

-1-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

|   |   |
|---|---|
| 1 | JENKINS, MULLIGAN & GABRIEL |
| 2 | 81934 Couples Court |
|   | La Quinta, CA 92253 |
| 3 | Telephone: (760) 564-5984 |
|   | Facsimile: (760) 564-2915 |
| 4 | *Attorneys for Plaintiffs* |

DATED: Oct. 5, 2009      By: _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: 10/9/09         _____
                       Hon. Charles R. Breyer
                       United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer